IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | No. CV 12-2481-PHX-GMS (MHB) |
| Plaintiff, ) | No. CR 11-1021-PHX-GMS |
| vs. ) | **REPORT AND RECOMMENDATION** |
| Juan Manuel Muniz-Chaidez, ) | |
| Defendant/Movant. ) | |

TO THE HONORABLE G. MURRAY SNOW, UNITED STATES DISTRICT JUDGE:

Movant Juan Manuel Muniz-Chaidez, who is confined in the Giles W. Dalby Correctional Facility in Post, Texas, has filed a *pro se* Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody. Pursuant to a plea agreement, Movant pled guilty to Misprision of a Felony, in violation of 18 U.S.C. § 4. On May 7, 2012, the Court sentenced Movant to an 18-month term of imprisonment followed by 1 year on supervised release. In the § 2255 Motion, Movant alleges that his trial counsel was ineffective, in violation of the Sixth Amendment, and that his plea was not knowing or voluntary.

The Court screened the Motion on January 17, 2013, and ordered the United States to answer. In its Order, the Court also stated, "Movant must file and serve a notice of a change of address in accordance with Rule 83.3(d) of the Local Rules of Civil Procedure.

1  Movant must not include a motion for other relief with a notice of change of address. Failure
2  to comply may result in dismissal of this action."

3  On January 29, 2013, the docket reflected that mail sent from the Clerk of the Court
4  to Movant was returned as undeliverable. As such, on February 12, 2013, the Court ordered
5  Movant to show cause on or before February 25, 2013, why this matter should not be
6  dismissed for failure to prosecute in light of his failure to file a notice of change of address
7  as previously ordered by the Court. To date, Movant has not responded. Additionally, on
8  February 27, 2013, the docket again reflects that mail sent from the Clerk of the Court to
9  Movant was returned as undeliverable.

10  Accordingly, in light of Movant's failure to file a notice of change of address, and it
11  appearing that Movant has abandoned his claims, the Court will recommend that Movant's
12  § 2255 Motion be denied.

13  **IT IS THEREFORE RECOMMENDED** that Movant's Motion Under 28 U.S.C.
14  § 2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody (Doc. 1, CV
15  12-2481-PHX-GMS (MHB); Doc. 50, CR 11-1021-PHX-GMS) be **DENIED and**
16  **DISMISSED WITH PREJUDICE**;

17  **IT IS FURTHER RECOMMENDED** that a Certificate of Appealability and leave
18  to proceed *in forma pauperis* on appeal be **DENIED** because reasonable jurists would not
19  find the Court's procedural ruling debatable.

20  This recommendation is not an order that is immediately appealable to the Ninth
21  Circuit Court of Appeals. Any notice of appeal pursuant to Rule 4(a)(1), Federal Rules of
22  Appellate Procedure, should not be filed until entry of the district court's judgment. The
23  parties shall have fourteen days from the date of service of a copy of this recommendation
24  within which to file specific written objections with the Court. See 28 U.S.C. § 636(b)(1);
25  Rules 72, 6(a), 6(b), Federal Rules of Civil Procedure. Thereafter, the parties have fourteen
26  days within which to file a response to the objections. Failure timely to file objections to the
27  Magistrate Judge's Report and Recommendation may result in the acceptance of the Report
28

1  and Recommendation by the district court without further review.  See United States v.
2  Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003).  Failure timely to file objections to any
3  factual determinations of the Magistrate Judge will be considered a waiver of a party's right
4  to appellate review of the findings of fact in an order or judgment entered pursuant to the
5  Magistrate Judge's recommendation.  See Rule 72, Federal Rules of Civil Procedure.

6  DATED this 28th day of February, 2013.

*Michelle H. Burns*
Michelle H. Burns
United States Magistrate Judge